In re Petition of Stanley Bafia, insolvent debtor, appellant, v. William C. Lange, administrator of the estate of John Lange, deceased, appellee. Gen. No. 36,303.

 Opinion
filed April 10, 1933. Rehearing denied April 24, 1933.
J. Kentner Elliott, for appellant. Bederman, Klein & Gralnek, for
appellee; Richard R. Klein, of counsel.
Mr. Justice Matchett delivered the opinion of the court.

Dena Bradley, appellee, v. Mrs. K. Langdon, appellant. Gen.
No. 36,309.

 Opinion
filed April 10, 1933.
Braun, Anderson & Norby, for appellant; Joseph H. Braun and
Joseph P. Brodie, of counsel. Wendell E. Green, for appellee; Wendell E. Green, Henry C. Ferguson and Theodore T. Robinson, of
counsel.
Mr. Justice Matchett delivered the opinion of the court.

John E. Madden and James M. Madden, executors, etc., appellees,
v. Mrs. P. P. Flaherty, appellant. Gen. No. 36,318.

 Opinion
filed April 10, 1933.
Henry M. Seligman for appellant. Marcus L. Silver, for appellees;
Albert L. Goldman, of counsel.
Mr. Justice Matchett delivered the opinion of the court.